# Exhibit A

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,554,890
Registered Apr. 2, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## FANTASY GIFTS

FANTASY HOUSE INCORPORATED (MINNESOTA CORPORATION)
3986 ALABAMA AVENUE SOUTH
ST. LOUIS PARK, MN 55416

FOR: COMPUTERIZED ON-LINE ORDERING SERVICES AND RETAIL SPECIALTY STORE SERVICES IN THE FIELD OF PRODUCTS THAT ARE PRIMARILY OF A SEXUAL NATURE FOR ADULT USE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1994.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GIFTS", APART FROM THE MARK AS SHOWN.

SER. NO. 76-015,608, FILED 4-3-2000.

ZHALEH DELANEY, EXAMINING ATTORNEY