1  Clyde DeWitt
   Nevada State Bar No. 9791
2  California State Bar No.  117911
   Texas State Bar No. 05670700
3  LAW OFFICES OF CLYDE DEWITT,
       A NEVADA PROFESSIONAL CORPORATION
4  6525 West Warm Springs Road, Suite 100
   Las Vegas, NV 89118-4679
5  (702) 386-1756; fax (702) 441-0308
   *clydedewitt@earthlink.net*
6          (subject to admission pro hac vice)

7  Randall Tigue
   Minnesota State Bar No. 110000
8  RANDALL TIGUE LAW OFFICE
   205 Golden Valley Office Center
9  810 N Lilac Drive
   Golden Valley, MN 55422
10 (763) 529-9211; fax (763) 529-8215
   *tiguelaw@msn.com*
11
   Counsel for Defendant Fantasysrus2, LLC
12

13          **IN THE UNITED STATES DISTRICT COURT**

14           **FOR THE DISTRICT OF MINNESOTA**

15

16 | FANTASY HOUSE, INC.,                    Case NO. **0:13-cv-03164-SRN-SER**

17 |     Plaintiff,                          Hon. Susan Richard Nelson
   |                                              United States District Judge
18 | v.
   |                                          Hon. Judge Steven E. Rau
19 | FANTASYSRUS2, LLC,                           United States Magistrate Judge

20 |     Defendant.                          **OFFER OF JUDGMENT**
   |                                          [FED. R. CIV. PROC. 68]
21

22     Defendant Fantasysrus2, LLC hereby offers to allow entry of judgment

23 pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in

24 favor of plaintiff Fantasy House, Inc. against defendant Fantasysrus2, LLC in the sum

25

26 _____

                            **Page 1**
27
                      **OFFER OF JUDGMENT**
28                      [FED. R. CIV. PROC. 68]

                              **Case Number 0:13-cv-03164-SRN-SER**

C:\Users\Owner\Documents\Patterson--Rule 68 offer.wpd

1  of exactly Five Thousand and One Dollars (US$5,001.00) plus, as to be determined
2  by the court, all court costs, if any, incurred to date in this case and, if the court finds
3  attorneys fees to be recoverable as a part of costs, reasonable attorneys fees in an
4  amount as determined by the court incurred to date in this case, along with a
5  permanent injunction as follows:

6      "It is further ORDERED, ADJUDICATED and DECREED that
7   Defendant Fantasysrus2, LLC, its officers, managers, members, agents,
8   servants, employees, and attorneys and other persons who are in active
9   concert or participation with any of them who receive actual notice of
10  this judgment by personal service or otherwise are permanently enjoined
11  and restrained from using the words "FANTASY," "FANTASYS,"
12  "FANTASY'S,"  "FANTASYSRUS2,"  "FANTASYSRUS,"
13  "FANTASYSRUS.COM" (or any confusingly similar formation of any
14  of those terms) in connection with the advertising, marketing or
15  distribution of or in connection with the promotion of novelty products
16  for adult use, services, or offer of sale of other items.

17     "It is further ORDERED, ADJUDICATED and DECREED that
18  Defendant Fantasysrus2, LLC, its officers, managers and members shall
19  take immediate steps, to the extent that the word "FANTASY" (or any
20  confusingly similar formation fo that term) is used (1) to cancel all
21  advertising; (2) to disable its uniform resource locator ("URL"); (3) to
22  disable all social media, including but not limited to Facebook, Twitter
23  and Linkedin; (4) to remove all signage; (5) to destroy all written
24  materials including but not limited to invoices, marketing materials, and

**Page 2**

**OFFER OF JUDGMENT**
[FED. R. CIV. PROC. 68]

Case Number 0:13-cv-03164-SRN-SER

C:\Users\Owner\Documents\Patterson--Rule 68 offer.wpd

1    advertising materials except that it may keep a number of copies of each

2    reasonably necessary to maintain records of its business activities; (6)

3    to destroy all signs and displays except that it may keep a number of

4    copies reasonably necessary to maintain records of its business

5    activities; (7) to change telephone and other directory listings (to the

6    extent  Defendant has the ability or control to change those telephone or

7    directory listings); (8) to change the name of the retail establishments

8    operated by Defendant in Ramsey, Minnesota, Fargo, North Dakota and

9    East Grand Forks Minnesota; (9) to remove any other public display of

10   any of those terms in connection with its business; and (10) to submit to

11   the court under oath within fifteen (15) days of this order a report

12   showing compliance with this order.

13        "It is further ORDERED, ADJUDICATED and DECREED that

14   Defendant Fantasysrus2, LLC, its officers, managers and members shall

15   not transfer any of its assets or membership interests to any other entity

16   until all of its obligations pursuant to the Order have been satisfied."

17   Dated: December 19, 2013.            Respectfully Submitted,

18                                        CLYDE DeWITT
                                          LAW OFFICES OF CLYDE DeWITT, APC
19                                        *(subject to admission pro hac vice)*

20                                        RANDALL TIGUE
                                          RANDALL TIGUE LAW OFFICE
21

22                                        By: _____
23                                             Randall Tigue

24                                        Counsel for Defendant Fantasysrus2, LLC

25

26                              **Page 3**

27                      **OFFER OF JUDGMENT**
                        **[FED. R. CIV. PROC. 68]**
28

                                                   **Case Number 0:13-cv-03164-SRN-SER**

     C:\Users\Owner\Documents\Patterson--Rule 68 offer.wpd

1

## PROOF OF SERVICE BY MAIL

2

[Pursuant to FED. R. CIV. PROC. 5; NEV. R. CIV. PROC. 5;
and CAL. C. CIV. PROC. § 1013a(3)]

3

4    I work at the Law Offices of Clyde DeWitt, which is located at 6525 West Warm Springs Road, Suite 100, Las Vegas, NV 89118-4679.  I am over the age of eighteen years and not a party to the above- captioned action.

5

6    I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, any correspondence delivered to our firm's mail room

7    employee(s) is routinely deposited with the United States Postal Service on the same day.

8

9    On the date shown below, I served the foregoing document on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope, first class, with postage thereon fully prepaid, and either: (1) personally delivering it

10   to our firm's mail room employee(s) for deposit with the United States Postal Service pursuant to our firm's ordinary business practice; or (2) personally depositing such

11   correspondence directly in the United States mail, addressed as follows:

12   **Frank S. Farrell , Jr., Esq.**
     **Alexander Farrell, Esq.**

13   **F. S. Farrell, LLC**
     **7401 Metro Blvd. Suite 425**

14   **Edina, MN 55439**

15   I declare under penalty of perjury under the laws of the United States, of the State of Nevada and of the State of California that the foregoing is true and correct.

16

17   Executed on December 19, 2013.

18

19                                              _____
                                                CLYDE DeWITT

20

21

22

23

24

25

26                                    Page 4

27                           **OFFER OF JUDGMENT**
                             [FED. R. CIV. PROC. 68]

28
                                                    **Case Number 0:13-cv-03164-SRN-SER**

C:\Users\Owner\Documents\Patterson--Rule 68 offer.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Fantasy House, Inc.,

                      Plaintiff,

v.

Fantasysrus2, LLC.,

                                      Civil Case No. 0:13-cv-03164 (SRN/SER)

                      Defendant.

_____

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure Plaintiff Fantasy House, Inc.

accepts the written offer served by counsel for Defendant Fantasysrus2, LLC on December 19th.

A copy of Defendant's Rule 68 offer is attached as Exhibit A hereto.

Dated: December 23, 2013             By: _/s/ Frank S. Farrell_____

                                **F.S. FARRELL, LLC**
                                Frank S. Farrell (MN #28447)
                                Alexander J. Farrell (MN #390202)
                                7401 Metro Blvd, suite 425
                                Edina, MN  55439
                                Telephone: (952) 921-3260
                                frank@fsfarrell.com
                                alexander@fsfarrell.com


                                **ATTORNEYS FOR PLAINTIFF**
                                **FANTASY HOUSE**

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fantasy House, Inc.,

        Plaintiff,

v.

Fantasysrus2, LLC.,

                       Civil Case No. 0:13-cv-03164 (SRN/SER)

        Defendant.

---

## CERTIFICATE OF SERVICE

I, Frank S. Farrell, hereby certify that Plaintiff's acceptance of Defendants Rule 68 Offer and Exhibit A were served via first class mail and email on December 23rd, 2013 on counsel or Defendant at:

Randal Tigue
Randal Tigue Law Office
205 Golden Valley Office Center
810 N. Lilac Drive
Golden Valley, MN 55422
tiguelaw@msn.com


Dated: December 23, 2013         By:  _/s/ Frank S. Farrell_____

                      **F.S. FARRELL, LLC**
                      Frank S. Farrell (MN #28447)
                      Alexander J. Farrell (MN #390202)
                      7401 Metro Blvd, suite 425
                      Edina, MN  55439
                      Telephone: (952) 921-3260
                      frank@fsfarrell.com
                      alexander@fsfarrell.com


                      **ATTORNEYS FOR PLAINTIFF**
                      **FANTASY HOUSE**

Exhibit A

1  Clyde DeWitt
   Nevada State Bar No. 9791
2  California State Bar No. 117911
   Texas State Bar No. 05670700
3  LAW OFFICES OF CLYDE DEWITT,
       A NEVADA PROFESSIONAL CORPORATION
4  6525 West Warm Springs Road, Suite 100
   Las Vegas, NV 89118-4679
5  (702) 386-1756; fax (702) 441-0308
   *clydedewitt@earthlink.net*
6          (subject to admission pro hac vice)

7  Randall Tigue
   Minnesota State Bar No. 110000
8  RANDALL TIGUE LAW OFFICE
   205 Golden Valley Office Center
9  810 N Lilac Drive
   Golden Valley, MN 55422
10 (763) 529-9211; fax (763) 529-8215
   *tiguelaw@msn.com*
11
   Counsel for Defendant Fantasysrus2, LLC
12

13         **IN THE UNITED STATES DISTRICT COURT**

14         **FOR THE DISTRICT OF MINNESOTA**

15

16 | FANTASY HOUSE, INC.,              Case NO. **0:13-cv-03164-SRN-SER**

17 |     Plaintiff,                    Hon. Susan Richard Nelson
   |                                       United States District Judge
18 | v.
   |                                   Hon. Judge Steven E. Rau
19 | FANTASYSRUS2, LLC,                    United States Magistrate Judge

20 |     Defendant.                    **OFFER OF JUDGMENT**
   |                                   [FED. R. CIV. PROC. 68]
21

22         Defendant Fantasysrus2, LLC hereby offers to allow entry of judgment

23 pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in

24 favor of plaintiff Fantasy House, Inc. against defendant Fantasysrus2, LLC in the sum

25 ─────────────────────────────────────────────

26                          Page 1

27                   **OFFER OF JUDGMENT**
                      [FED. R. CIV. PROC. 68]
28
                                   **Case Number 0:13-cv-03164-SRN-SER**

   C:\Users\Owner\Documents\Patterson--Rule 68 offer.wpd

1  of exactly Five Thousand and One Dollars (US$5,001.00) plus, as to be determined

2  by the court, all court costs, if any, incurred to date in this case and, if the court finds

3  attorneys fees to be recoverable as a part of costs, reasonable attorneys fees in an

4  amount as determined by the court incurred to date in this case, along with a

5  permanent injunction as follows:

6  "It is further ORDERED, ADJUDICATED and DECREED that

7  Defendant Fantasysrus2, LLC, its officers, managers, members, agents,

8  servants, employees, and attorneys and other persons who are in active

9  concert or participation with any of them who receive actual notice of

10  this judgment by personal service or otherwise are permanently enjoined

11  and restrained from using the words "FANTASY," "FANTASYS,"

12  "FANTASY'S," "FANTASYSRUS2," "FANTASYSRUS,"

13  "FANTASYSRUS.COM" (or any confusingly similar formation of any

14  of those terms) in connection with the advertising, marketing or

15  distribution of or in connection with the promotion of novelty products

16  for adult use, services, or offer of sale of other items.

17  "It is further ORDERED, ADJUDICATED and DECREED that

18  Defendant Fantasysrus2, LLC, its officers, managers and members shall

19  take immediate steps, to the extent that the word "FANTASY" (or any

20  confusingly similar formation fo that term) is used (1) to cancel all

21  advertising; (2) to disable its uniform resource locator ("URL"); (3) to

22  disable all social media, including but not limited to Facebook, Twitter

23  and Linkedin; (4) to remove all signage; (5) to destroy all written

24  materials including but not limited to invoices, marketing materials, and

**Page 2**

**OFFER OF JUDGMENT**
[FED. R. CIV. PROC. 68]

Case Number 0:13-cv-03164-SRN-SER

C:\Users\Owner\Documents\Patterson--Rule 68 offer.wpd

1    advertising materials except that it may keep a number of copies of each

2    reasonably necessary to maintain records of its business activities; (6)

3    to destroy all signs and displays except that it may keep a number of

4    copies reasonably necessary to maintain records of its business

5    activities; (7) to change telephone and other directory listings (to the

6    extent Defendant has the ability or control to change those telephone or

7    directory listings); (8) to change the name of the retail establishments

8    operated by Defendant in Ramsey, Minnesota, Fargo, North Dakota and

9    East Grand Forks Minnesota; (9) to remove any other public display of

10    any of those terms in connection with its business; and (10) to submit to

11    the court under oath within fifteen (15) days of this order a report

12    showing compliance with this order.

13        "It is further ORDERED, ADJUDICATED and DECREED that

14    Defendant Fantasysrus2, LLC, its officers, managers and members shall

15    not transfer any of its assets or membership interests to any other entity

16    until all of its obligations pursuant to the Order have been satisfied."

17   Dated: December 19, 2013.      Respectfully Submitted,

18                  CLYDE DeWITT
                      LAW OFFICES OF CLYDE DeWITT, APC

19                            *(subject to admission pro hac vice)*

20                  RANDALL TIGUE
                      RANDALL TIGUE LAW OFFICE

21

22

23                  By: _____
                        Randall Tigue

24                  Counsel for Defendant Fantasysrus2, LLC

25

---

26                          **Page 3**

27                     **OFFER OF JUDGMENT**
                      **[FED. R. CIV. PROC. 68]**

28

                                  **Case Number 0:13-cv-03164-SRN-SER**

C:\Users\Owner\Documents\Patterson--Rule 68 offer.wpd

**PROOF OF SERVICE BY MAIL**

[Pursuant to FED. R. CIV. PROC. 5; NEV. R. CIV. PROC. 5;
and CAL. C. CIV. PROC. § 1013a(3)]

I work at the Law Offices of Clyde DeWitt, which is located at 6525 West Warm Springs Road, Suite 100, Las Vegas, NV 89118-4679.  I am over the age of eighteen years and not a party to the above- captioned action.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, any correspondence delivered to our firm's mail room employee(s) is routinely deposited with the United States Postal Service on the same day.

On the date shown below, I served the foregoing document on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope, first class, with postage thereon fully prepaid, and either: (1) personally delivering it to our firm's mail room employee(s) for deposit with the United States Postal Service pursuant to our firm's ordinary business practice; or (2) personally depositing such correspondence directly in the United States mail, addressed as follows:

**Frank S. Farrell , Jr., Esq.**
**Alexander Farrell, Esq.**
**F. S. Farrell, LLC**
**7401 Metro Blvd. Suite 425**
**Edina, MN 55439**

I declare under penalty of perjury under the laws of the United States, of the State of Nevada and of the State of California that the foregoing is true and correct.

Executed on December 19, 2013.

_____
CLYDE DeWITT

---

Page 4

**OFFER OF JUDGMENT**
[FED. R. CIV. PROC. 68]

Case Number 0:13-cv-03164-SRN-SER

C:\Users\Owner\Documents\Patterson--Rule 68 offer.wpd