# UNITED STATES DISTRICT COURT
## District of Minnesota

Fantasy House, Inc.,

        Plaintiff,

  v.

Fantasysrus2, LLC,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:   13-cv-3164 (SRN/SER)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **FRCP 68. Offer of Judgment.** Upon the filing of the FRCP 68 Offer of Judgment on January 3, 2014 and Plaintiff's acceptance of the same.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff Fantasy House, Inc. against Defendant Fantasysrus2, LLC in the amount of Five Thousand One Dollars and Zero Cents ($5,001.00).

February 19, 2014

Date

RICHARD D. SLETTEN, CLERK

s/Thomas Schappa

(By)        Thomas S. Schappa,   Deputy Clerk